# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2012

143898

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

DAVID MICHAEL MADDEN,
    Defendant-Appellant.

SC: 143898
COA: 305252
Livingston CC: 04-014252-FH

_____/

      On order of the Court, the application for leave to appeal the September 22, 2011 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2012

Clerk

h0319